| | |
|---|---|
| JOSHUA D. LICHTMAN (SBN 176143) <br> SARAH E. MOSES (SBN 291491) <br> **NORTON ROSE FULBRIGHT US LLP** <br> 555 South Flower Street, Forty-First Floor <br> Los Angeles, California  90071 <br> Telephone:      (213) 892-9200 <br> Facsimile:       (213) 892-9494 <br> joshua.lichtman@nortonrosefulbright.com <br> sarah.moses@nortonrosefulbright.com | CHARLENE S. SHIMADA (SBN 91407) <br> LUCY WANG (SBN 257771) <br> **MORGAN, LEWIS & BOCKIUS LLP** <br> One Market, Spear Street Tower <br> San Francisco, CA  94105-1596 <br> Tel:     (415) 442-1000 <br> Fax:    (415) 442-1001 <br> charlene.shimada@morganlewis.com <br> lucy.wang@morganlewis.com |
| ROBIN D. ADELSTEIN (*admitted pro hac vice*) <br> **NORTON ROSE FULBRIGHT US LLP** <br> 1301 Avenue of the Americas <br> New York, New York  10019-6022 <br> Telephone:      (212) 318-3000 <br> Facsimile:       (212) 318-3400 <br> robin.adelstein@nortonrosefulbright.com | Attorneys for Defendants <br> JEFFERIES LLC, MERRILL LYNCH, PIERCE, FENNER & SMITH, INCORPORATED, WEDBUSH SECURITIES INC. AND SUNTRUST ROBINSON HUMPHREY, INC. |

PETER A. STOKES (*admitted pro hac vice*)
**NORTON ROSE FULBRIGHT US LLP**
98 San Jacinto Boulevard, Suite 1100
Austin, Texas  78701-4255
Telephone:      (512) 474-5201
Facsimile:       (512) 536-4598
peter.stokes@nortonrosefulbright.com

Attorneys for Defendants
PRONAI THERAPEUTICS, INC., NICK GLOVER, SUKHI JAGPAL, DONALD PARFET, ALBERT CHA, NICOLE ONETTO, ROBERT PELZER, PETER THOMPSON, JAMES TOPPER, and ALVIN VITANGCOL

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA - SAN JOSE DIVISION

| | |
|---|---|
| Christopher Book, Individually and on Behalf of All Others Similarly Situated, <br><br> Plaintiff, <br> v. <br><br> ProNAi Therapeutics, Inc., Nick Glover, Sukhi Jagpal, Donald Parfet, Albert Cha, Nicole Onetto, Robert Pelzer, Peter Thompson, James Topper, Alvin Vitangcol, Jefferies LLC, Merrill Lynch, Pierce, Fenner & Smith Incorporated, Wedbush Securities Inc., and SunTrust Robinson Humphrey, Inc., <br><br> Defendants. | Civil Action No. 5:16-cv-07408-EJD <br><br> **DEFENDANTS' NOTICE OF APPEAL** <br><br> DATE: <br> TIME: <br> CTRM: |

Notice is hereby given that Defendants PRONAI THERAPEUTICS, INC. (n/k/a Sierra Oncology, Inc.); NICK GLOVER; SUKHI JAGPAL; DONALD PARFET; ALBERT CHA; NICOLE ONETTO; ROBERT PELZER; PETER THOMPSON; JAMES TOPPER; ALVIN VITANGCOL; JEFFERIES LLC; MERRILL LYNCH, PIERCE, FENNER & SMITH INCORPORATED; WEDBUSH SECURITIES, INC.; and SUNTRUST ROBINSON HUMPHREY, INC., (collectively, "Defendants") hereby appeal to the United States Court of Appeals for the Ninth Circuit from the Order Granting Plaintiff's Motions to Remand and Denying Defendants' Motions to Stay, entered June 12, 2017, and all prior orders encompassed within it. This Order is attached hereto as Exhibit A.

The District Court's "remand order is not barred from review under [28 U.S.C.] § 1447(d)" and is "final for purposes of [28 U.S.C.] § 1291." *Harmston v. City & Cnty. of San Francisco*, 627 F.3d 1273, 1278 (9th Cir. 2010). The Ninth Circuit has recently denied a motion to dismiss an appeal from a district court order remanding a purported class action under the Securities Act of 1933, in virtually identical circumstances. *See Ellis v. Natera, Inc., et al.*, No. 16-16576 (9th Cir. Jan. 13, 2017) (ECF No. 10) (denying plaintiff-appellee's motion to dismiss appeals and directing parties to include in their merits briefing whether the remand of a federal securities case is appealable to the Ninth Circuit).

Defendants' Representation Statement is attached to this Notice as required by Ninth Circuit Rule 3-2(b).

Dated:  June 22, 2017                           Respectfully submitted,

                                                JOSHUA D. LICHTMAN
                                                **NORTON ROSE FULBRIGHT US LLP**


                                                By:   */s/ Joshua D. Lichtman*
                                                      JOSHUA D. LICHTMAN
                                                      Attorneys for Defendants
                                                      ProNAi Therapeutics, Inc., Nick Glover,
                                                      Sukhi Jagpal, Donald Parfet, Albert Cha,
                                                      Nicole Onetto, Robert Pelzer, Peter
                                                      Thompson, James Topper, and Alvin
                                                      Vitangcol

DOCUMENT PREPARED ON RECYCLED PAPER

| | |
|---|---|
| Dated: June 22, 2017 | CHARLENE S. SHIMADA<br>MORGAN, LEWIS & BOCKIUS LLP<br><br>By  */s/ Charlene S. Shimada*<br>CHARLENE S. SHIMADA<br>Attorneys for Defendants<br>Jefferies LLC, Merrill Lynch, Pierce, Fenner & Smith, Incorporated, Wedbush Securities Inc. and SunTrust Robinson Humphrey, Inc. |

## **ATTESTATION**

I, Joshua D. Lichtman, am the CM/ECF user whose ID and password are being used to file this stipulation and attest that concurrence in the filing of the document has been obtained from each of the other signatories.

> */s/ Joshua D. Lichtman*
> Joshua D. Lichtman