UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

**FILED**

APR 23 2018

MOLLY C. DWYER, CLERK
U.S. COURT OF APPEALS

| | |
|---|---|
| CHRISTOPHER BOOK, Individually and on Behalf of All Others Similarly Situated,<br><br>　　　　Plaintiff - Appellee,<br><br>　v.<br><br>PRONAI THERAPEUTICS, INC., AKA Sierra Oncology, Inc.; et al.,<br><br>　　　　Defendants - Appellants. | No. 17-16323<br><br>D.C. No. 5:16-cv-07408-EJD<br>U.S. District Court for Northern California, San Jose<br><br>**ORDER** |
| TIMOTHY GALLAS, Individually and on Behalf of All Others Similarly Situated,<br><br>　　　　Plaintiff - Appellee,<br><br>　v.<br><br>PRONAI THERAPEUTICS, INC., AKA Sierra Oncology, Inc.; et al.,<br><br>　　　　Defendants - Appellants. | No. 17-16325<br><br>D.C. No. 5:17-cv-01740-EJD<br>U.S. District Court for Northern California, San Jose |

The motion filed by the appellants on April 20, 2018 for voluntary dismissal

of this appeal is granted.  This appeal is dismissed.  *See* Fed. R. App. P. 42(b); 9th Cir. R. 27-9.1.

    This order shall constitute the mandate.

FOR THE COURT:

MOLLY C. DWYER
CLERK OF COURT

By: Marc Eshoo
Deputy Clerk
Ninth Circuit Rule 27-7